UNITED STATES DISTRICT COURT
Western Division El Paso District

FILED
FEB 26 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___FM___ DEPUTY CLERK

Nathan Earle #1803826
Plaintiff

v.

EP21CV0046

Warden Garcia

INJUNCTIVE Relief

Imminent serious Bodily injury, Loss of Life, medical Distress

To THE Honorable Justice of this Court,

Comes now Nathan Earle, TDCJ Identification number 1803826

1

housed at:

James LYNAUGH UNIT-J-4-K108-B
1098 S. Highway 2037
Fort Stockton, Texas 79735

NOTICE

Now notifies this court of emergency need of Relief.

The Plaintiff suffers from unattended serious bodily injury that could cause irrepatable Damage, even Death due to its severe cause of medical distress.

THE Plaintiff has not received adequate

2

medical attention and notifies this court of Eighth Amendment violation due to official conduct which does not purport to be punishment, but is failure to render adequate or proper medical attention and the lack of medical treatment is causing unnecessary and wanton infliction of pain.

The Plaintiff is not subject to disciplinary sanctions and declares fear of imminent serious bodily injury irreversible unless real medical treatment is received.

The denial of proper medical treatment is now a serious issue to, including the right to Life because the injury sustained is Life threatening. Officials are notified, adequate medical treatment is required and can only be administered by John Leely medical facility.

3

## PRAYER

The plaintiff Respectfully Requests emergency injunctive Relief and Lawful court order for emergency transfer to John Sealy medical facility to insure emergency medical Assistance to sustain the prisoners Life.

Officials have received Adequate notice that the plaintiff faces a substantial risk of continued serious harm and have disregarded that risk by failing to take reasonable measures to abate it.

X Nathan Earle
Plaintiff

Nathan Earle 1803826    02/20/2021
                          DATE

4

United States District Court of Texas
Western District El Paso Division
525 Magoffin, Ave., Suite 105
El Paso, TX. 79901

" <u>LEGAL</u> "

Nathan Earle #1803826
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

RECEIVED

FEB 26 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

"Legal"   LEGAL

MIDLAND / ODESSA
TX 797 2 1
23 FEB 2021 PM



United States District Court of Texas
Western District   El Paso Division
525 Magoffin Ave, Suite 105
El Paso, TX
79901-2504